IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| DAVID MacLEOD,<br><br>    Plaintiff,<br><br>  v.<br><br>M. SAETURN, et al.,<br><br>    Defendants. | No. 2:21-CV-2230-DMC-P<br><br><br><br>ORDER |

        Plaintiff, a prisoner proceeding pro se, brings this civil action. Pursuant to Eastern District of California Local Rules, this case was not assigned to a District Judge when the case was filed. The parties have not consented to Magistrate Judge jurisdiction and the Court now finds that assignment of a District Judge is necessary to properly address Plaintiff's motions for injunctive relief.

        Accordingly, IT IS HEREBY ORDERED that the Clerk of the Court is directed to randomly assign a District Judge and to update the docket to reflect the new case number.

Dated: January 5, 2022

                                              DENNIS M. COTA
                                              UNITED STATES MAGISTRATE JUDGE