# IN THE UNITED STATES DISTRICT COURT

# FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| DAVID MacLEOD,<br><br>  Plaintiff,<br><br>  v.<br><br>M. SAETURN, et al.,<br><br>  Defendants. | No. 2:21-CV-2230-DMC-P<br><br><br><br>ORDER |

Plaintiff, a prisoner proceeding pro se, brings this civil action. Plaintiff initiated the action with a two-page filing captioned "Order for a Temporary Restraining Order and Order to Show Cause for an [sic] Preliminary Injunction," and attached exhibits. ECF No. 1. This filing has been docketed as a motion for preliminary injunctive relief. See id. Because Plaintiff cannot simply proceed with a motion for preliminary injunctive relief in a vacuum, he shall be required to file a complaint setting forth the factual allegations supporting Defendants' liability and his entitlement to damages and/or preliminary or permanent injunctive relief. Plaintiff is cautioned that failure to comply with this order may result in dismissed of the action for lack of prosecution. See Local Rule 110.

/ / /

/ / /

/ / /

1

Accordingly, IT IS HEREBY ORDERED that:

1. Plaintiff shall file a complaint, on the form provided by the Court, within 30 days of the date of this order; and

2. The Clerk of the Court shall forward to Plaintiff a copy of the Court's form civil rights complaint by state prisoners.

Dated: January 5, 2022

_____
DENNIS M. COTA
UNITED STATES MAGISTRATE JUDGE