IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| DAVID MacLEOD, | No. 2:21-CV-2230-KJM-DMC-P |
| Plaintiff, | |
| v. | ORDER |
| M. SAETURN, et al., | |
| Defendants. | |

Plaintiff, a prisoner proceeding pro se, brings this civil action. Pending before the Court are Plaintiff's motions to proceed in forma pauperis. See ECF Nos. 10 and 14. Plaintiff has submitted a declaration that makes the showing required by 28 U.S.C. § 1915(a). Plaintiff's requests to proceed in forma pauperis are, therefore, granted.

The sufficiency of Plaintiff's amended complaint and service thereof will be addressed separately.

IT IS SO ORDERED.

Dated:  November 15, 2022

DENNIS M. COTA
UNITED STATES MAGISTRATE JUDGE

1