IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| DAVID MacLEOD,<br><br>    Plaintiff,<br><br>    v.<br><br>M. SAETURN, et al.,<br><br>    Defendants. | No. 2:21-CV-2230-KJM-DMC-P<br><br>ORDER |

Plaintiff, a prisoner proceeding pro se, brings this civil action. After mail was returned, the Court issued findings and recommendations that this action be dismissed for failure to file a notice of change of address. See ECF No. 16. Plaintiff filed timely objections to the findings and recommendations along with a notice of change of address. See ECF Nos. 17 and 18. Good cause appearing therefor, the findings and recommendations at ECF No. 16 are vacated. Plaintiff's applications for leave to proceed in forma pauperis and the sufficiency of Plaintiff's first amended complaint will be addressed separately.

IT IS SO ORDERED.

Dated: November 15, 2022

_____
DENNIS M. COTA
UNITED STATES MAGISTRATE JUDGE

1